No. 152. EVANSVILLE & BOWLING GREEN PACKET COMPANY *v.* M. M. LOGAN ET AL., ETC. Error to the Court of Appeals of the State of Kentucky. Argued January 19, 1920. Decided January 26, 1920. *Per*

*Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. J. P. Hobson*, with whom *Mr. Malcolm Yeaman* was on the brief, for plaintiff in error. *Mr. W. T. Fowler*, with whom *Mr. Charles I. Dawson* and *Mr. C. H. Morris* were on the brief, for defendants in error.